# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **MANUEL SUAREZ TABARES,** § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | |
| § | |
| **MARY DEANDA YBARRA, FIELD** § | |
| **OFFICE DIRECTOR OF** § | |
| **ENFORCEMENT AND REMOVAL** § | No. 3:26-CV-00366-LS |
| **OPERATIONS, EL PASO FIELD** § | |
| **OFFICE, IMMIGRATION AND** § | |
| **CUSTOMS ENFORCEMENT; PAM** § | |
| **BONDI, U.S. ATTORNEY GENERAL;** § | |
| **TODD M. LYONS, ACTING** § | |
| **DIRECTOR OF ICE; and MICHAEL** § | |
| **WATKINS, MONTANA EAST** § | |
| **DIRECTOR,** § | |
| § | |
| *Respondents*. § | |

## ORDER FOR SERVICE

Petitioner Manuel Suarez Tabares challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

---

[1] ECF No. 2.
[2] *See* 28 U.S.C. § 2243.

2

Respondents shall show cause by **March 2, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 9, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**